# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 197 WAL 2014
:
               Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.               :
:
:
:
WILFREDO TERRADO SMITH,     :
:
               Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.